IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DON NICHOLS                                                                                          PLAINTIFF

v.                                          Case No. 2:15-CV-02032

ANTHONY BOEN, Sheriff; and JANIS KING,
Jail Administrator                                                                             DEFENDANTS

**O R D E R**

      The Court has received proposed findings and recommendations (Doc. 35) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

      Accordingly, IT IS ORDERED that Defendants' motion for summary judgment (Doc. 28) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

      Judgment will be entered accordingly.

      IT IS SO ORDERED this 7th day of March, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE